# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Hertling, Richard A. | 2. Court or Organization<br><br>U. S. Court of Federal Claims | 3. Date of Report<br><br>05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>U. S. Court of Federal Claims<br>717 Madison Place, NW<br>Washington, D.C. 20439 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Of counsel | Covington & Burlington LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Covington & Burling LLP, salary | $102,322.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hertling, Richard A. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hertling, Richard A.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Mngd Ret Trust 2020 Cl V | A | Dividend | M | T | | | | | |
| 2. Schwab Mngd Ret Trust 2030 Cl V | A | Dividend | M | T | | | | | |
| 3. JP Morgan Large Cap Growth R6 | D | Dividend | M | T | | | | | |
| 4. Vanguard Institutional Index I | D | Dividend | M | T | | | | | |
| 5. Truist Financial checking account (previously called SunTrust) | A | Interest | K | T | | | | | |
| 6. Truist Financial money market account (previously called SunTrust) | A | Interest | J | T | Distributed (part) | 06/17/19 | M | | |
| 7. Truist Bank savings account (previously called SunTrust) | A | Interest | M | T | | | | | |
| 8. Capital One Bank checking account | A | Interest | J | T | | | | | |
| 9. Capital One Bank savings account | A | Interest | L | T | | | | | |
| 10. Wells Fargo Bank checking account | A | Interest | J | T | | | | | |
| 11. Chain Bridge Bank checking account | A | Interest | L | T | | | | | |
| 12. Chain Bridge Bank certificate of deposit | A | Interest | K | T | | | | | |
| 13. Jackson National Life annuity JNL/WMC Balanced Fund | | None | M | T | | | | | |
| 14. UBS Bank USA deposit account | A | Interest | J | T | | | | | |
| 15. Accenture PLC Ireland Cl A | A | Dividend | K | T | | | | | |
| 16. Boeing Co. | A | Dividend | K | T | | | | | |
| 17. British Amer Tobacco PLC GB SPON ADR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hertling, Richard A.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola Co. | B | Dividend | L | T | | | | | |
| 19. Colgate Palmolive Co. | A | Dividend | K | T | | | | | |
| 20. Crane Co. | A | Dividend | K | T | | | | | |
| 21. CVS Health Corp. | A | Dividend | J | T | | | | | |
| 22. Diageo PLC New GB Spon ADR | A | Dividend | K | T | | | | | |
| 23. Dominion Energy Inc. | A | Dividend | K | T | | | | | |
| 24. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 25. Intel Corp. | A | Dividend | K | T | | | | | |
| 26. Invesco Ltd. | A | Dividend | J | T | | | | | |
| 27. Johnson Controls Intl PLC | A | Dividend | J | T | | | | | |
| 28. Lockheed Martin Corp. | A | Dividend | K | T | | | | | |
| 29. McDonald Corp. | A | Dividend | K | T | | | | | |
| 30. Medtronic PLC | B | Dividend | K | T | | | | | |
| 31. Nextera Energy Inc. | A | Dividend | K | T | | | | | |
| 32. Nordstrom Inc. | A | Dividend | K | T | | | | | |
| 33. Noravartis AG SPON ADR | A | Dividend | K | T | | | | | |
| 34. Pepsico Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hertling, Richard A.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Rockwell Automation Inc. | A | Dividend | K | T | | | | | |
| 36. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 37. Suncor Energy Inc. | A | Dividend | J | T | | | | | |
| 38. Texas Instruments | B | Dividend | K | T | | | | | |
| 39. Toronto Dominion Bank | A | Dividend | K | T | | | | | |
| 40. Union Pacific Corp. | A | Dividend | K | T | | | | | |
| 41. United Techonologies Corp. | A | Dividend | K | T | | | | | |
| 42. VF Corp. | A | Dividend | K | T | | | | | |
| 43. Eaton Vance Municipal Opportunity Fund | D | Dividend | M | T | | | | | |
| 44. Neuberger Strategiuc Income Institutional Class | C | Dividend | L | T | | | | | |
| 45. Templeton Global Bond Adv. | C | Dividend | L | T | | | | | |
| 46. Wells Fargo Municipal Bond Fund Class Inst. | B | Dividend | L | T | | | | | |
| 47. Amer Funds Cap World Growth & Income Fund Cl F2 | A | Dividend | J | T | | | | | |
| 48. Amer Funds New World Fund Cl F2 | A | Dividend | J | T | | | | | |
| 49. Columbia Select Large Cap Equity Fund Cl Institutional | A | Dividend | K | T | | | | | |
| 50. Dreyfus Opportunistic Small Cap Fund Cl Institutional | A | Dividend | J | T | | | | | |
| 51. Invesco Divrs FD Cl Y | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hertling, Richard A.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Prudential Jennison Mid-Cap Growth Fund Z | B | Dividend | J | T | | | | | |
| 53. | Eaton Vance Mutual Trust Fund (reorganized) | B | Dividend | J | T | | | | | |
| 54. | Templeton Global Bond Adv. | A | Dividend | J | T | | | | | |
| 55. | Principal Global Diversified Income Fund Cl I | A | Dividend | J | T | | | | | |
| 56. | Campbell Soup Co. | A | Dividend | J | T | | | | | |
| 57. | Chevron Corp. | A | Dividend | K | T | | | | | |
| 58. | Dow Dupont Inc. | A | Dividend | | | Closed | 06/01/19 | J | | |
| 59. | FMC Corp. New | A | Dividend | J | T | | | | | |
| 60. | General Electric Co. | A | Dividend | J | T | | | | | |
| 61. | IBM | A | Dividend | J | T | | | | | |
| 62. | Motorola Solutions Inc. | A | Dividend | K | T | | | | | |
| 63. | Pfizer Inc. | B | Dividend | K | T | | | | | |
| 64. | Procter & Gamble Co. | B | Dividend | K | T | | | | | |
| 65. | Technipfmc PLC | A | Dividend | J | T | | | | | |
| 66. | 3M Co. | B | Dividend | K | T | | | | | |
| 67. | USB Bank USA SALT LA UT Fixed Rate CD | C | Interest | | | Matured | 09/13/19 | M | | |
| 68. | JP Morgan Income Builder Class A | B | Dividend | N | T | Buy (add'l) | 09/13/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hertling, Richard A. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Blackrock Inc. | A | Dividend | J | T | | | | | |
| 70. Comcast Corp. | A | Dividend | K | T | | | | | |
| 71. Linde PLC | A | Dividend | | | Sold | 01/16/19 | J | | |
| 72. Republic Services Inc. | A | Dividend | J | T | | | | | |
| 73. Truist Financial (presiously called SunTrust) | A | Dividend | J | T | | | | | |
| 74. Lievent Corp | A | Dividend | J | T | Spinoff<br>(from line 59) | 03/04/19 | J | | |
| 75. Wabtech | A | Dividend | J | T | Spinoff<br>(from line 60) | 02/26/19 | J | | |
| 76. Dow Inc. | A | Dividend | J | T | Spinoff<br>(from line 58) | 06/01/19 | J | | |
| 77. DuPont de Nemours | A | Dividend | J | T | Spinoff<br>(from line 58) | 06/01/19 | J | | |
| 78. Chase Manhattan Bank checking account | A | Interest | N | T | Open | 12/10/19 | N | | |
| 79. Chase Manhattan Bank saving account | A | Interest | L | T | Open | 12/10/19 | L | | |
| 80. Truist Financial Certificate of Deposit | A | Interest | M | T | Spinoff<br>(from line 6) | 06/17/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hertling, Richard A.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Hertling**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544